

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-12-00203-CR

RANDOLPH BOWDEN, Appellant

V.

STATE OF TEXAS, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 11-F-920-202

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Randolph Bowden has filed pro se a notice of appeal from his conviction of deadly conduct. On our review of the clerk's record, we noted that the trial court's certification of right of appeal stated that this was a plea agreement case and that Bowden has no right of appeal.

Unless a certification showing that a defendant has the right of appeal is in the record, we must dismiss the appeal. *See* TEX. R. APP. P. 25.2(d).

Because the trial court's certification affirmatively shows Bowden has no right of appeal and because the record before us does not reflect that the certification is incorrect, *see Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005), we must dismiss the appeal.

We, therefore, dismiss this appeal for want of jurisdiction.


Josh R. Morriss, III
Chief Justice


Date Submitted:     December 20, 2012
Date Decided:       December 21, 2012


Do Not Publish

2